## BALLEW *v.* THE STATE.

99   195
Case 2
117   237

*Atkinson, J.*—The evidence being insufficient to raise even a slight suspicion of guilt against the accused, his conviction was wholly unwarranted, the verdict was contrary to law and ought to have been set aside. *Judgment reversed.*
March 30, 1896.

Indictment for malicious mischief. Before Judge Milner. Catoosa superior court. February term, 1896.

Ballew, Templeton and Green were indicted for maliciously breaking ten window-glasses in the dwelling of John Cupp. Ballew was found guilty, and his motion for new trial, upon the general grounds, was overruled. Cupp testified: The window-glasses of my home were broken out between February 20 and 25, 1895. I left one evening and returned the next afternoon about 4:30 o'clock. I was away from home when they were broken. I think they were broken about 11 a.m. Judging from the tracks I measured at my house, there were three different tracks, one looked like a number ten, one number seven and one number six. Green and Templeton came to the field the next day where I was plowing. I measured their tracks, and they corresponded with those at the house. Defendant never came, and I never measured his track. The other tracks corresponded with his. Eight window-glasses were broken, and in the house were three rocks with which they were broken. Rocks were thrown through inside doors. I nailed up the windows when I came home that evening. I think the tracks were made about 11 a.m., because the ground was frozen and thawed during the day. It thawed about 9 a.m., and stayed thawed until 4 p.m. The house is on the main road and Ringgold road, where there is a great deal of passing. I do not know who broke the glasses. —Dill testified: I saw defendants Green and Templeton passing my house about 11 o'clock February 20, 1895, the day Cupp's window-glasses were broken. They were thirty yards from me. One looked back; his face was red and I thought he was drinking. Don't know that defendants were drinking. Some one of the party threw rocks at me. Don't live on the road Cupp does. They were about a mile from Cupp's, going that direction. He lives on the main public road which many people travel. I afterwards saw the same parties going back. They had had time to go to Cupp's and back.—Masengill testified: I was chopping wood the day the glasses were broken, about a half

mile from Dill's, and saw three persons about 11 or 12 o'clock. They were some distance from me and were between a quarter and a half mile from Cupp's, going in that direction. I don't know who they were. Didn't notice any evidence of drunkenness. About ten or fifteen minutes afterwards I heard some noise. Didn't pay any particular attention to it; supposed Cupp had returned home and was nailing up his windows.

*W. E. Mann*, for plaintiff in error.
*A. W. Fite, solicitor-general,* by *A. S. Johnson*, contra.